```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01138
   ANGELA J WIDEMON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4727


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/23/2007 and was not confirmed.

    The case was dismissed without confirmation 08/02/2007.
------------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC  CURRENT MORTG         .00            .00           .00
CHASE HOME FINANCE LLC  MORTGAGE ARRE    21802.97            .00           .00
COOK COUNTY TREASURER   SECURED           2357.00            .00           .00
IDAPP                   UNSECURED        NOT FILED           .00           .00
ACS                     UNSECURED        NOT FILED           .00           .00
MICHIGAN AVE DENTAL ASSO UNSECURED       NOT FILED           .00           .00
ROOSEVELT UNIVERSITY NDS UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL           UNSECURED        NOT FILED           .00           .00
DEBT RECOVERY SOLUTIONS UNSECURED           356.41           .00           .00
SPRINT                  NOTICE ONLY      NOT FILED           .00           .00
ILLINOIS DEPT OF EMPLOYM UNSECURED        10088.00           .00           .00
LASALLE BANK N A        NOTICE ONLY      NOT FILED           .00           .00
CAPITAL ONE             UNSECURED          1553.93           .00           .00
CAPITAL ONE             UNSECURED          1553.93           .00           .00
PREMIER BANKCARD        UNSECURED           357.66           .00           .00
ISAC                    UNSECURED         55118.89           .00           .00
*JOYNER LAW OFFICE      DEBTOR ATTY       2,300.00                    1,748.42
TOM VAUGHN              TRUSTEE                                         129.58
DEBTOR REFUND           REFUND                                        1,246.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,124.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                1,748.42
TRUSTEE COMPENSATION                            129.58
DEBTOR REFUND                                 1,246.00
                       --------------        --------------
TOTALS                 3,124.00               3,124.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01138 ANGELA J WIDEMON
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 07 B 01138 ANGELA J WIDEMON